**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Adekunle A. Onatolu

*(In the space above enter the full name(s) of the plaintiff(s).)*

**- against -**

uber Lyft
uber
Lyft

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

(check one)

RECEIVED
MAR 12 2026
AT 8:30 ____M
CLERK, U.S. DISTRICT COURT - DNJ

**I. Parties in this complaint:**

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff

| | |
|---|---|
| Name | Adekunle A. Onatolu |
| Street Address | 480 Jackson Rd |
| County, City | Atco New Jersey |
| State & Zip Code | NJ 08004 |
| Telephone Number | 1656-298-9222 |

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name ______________________
Street Address ______________________
County, City ______________________
State & Zip Code ______________________

Defendant No. 2
Name ______________________
Street Address ______________________
County, City ______________________
State & Zip Code ______________________

Defendant No. 3
Name ______________________
Street Address ______________________
County, City ______________________
State & Zip Code ______________________

Defendant No. 4
Name ______________________
Street Address ______________________
County, City ______________________
State & Zip Code ______________________

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

- [x] Federal Questions
- [ ] Diversity of Citizenship
- [ ] U.S. Government Plaintiff
- [ ] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? discrimination
______________________
______________________

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ______________________

Defendant(s) state(s) of citizenship ______________________

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? New Jersey

B. What date and approximate time did the events giving rise to your claim(s) occur? 2020

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

C. Facts: I was in a business Situation where I an an entrepenior in technology and internet Services I created the link that is on my twitter X page Created by Elon musk the proceeds is supposed to go to my lifestyle by the Cops also Known as the police instead they are taking the money for themselves and is trying to change the laws with micheal bloomberg I want to ride around in all expensive vehicles So I can talk to girls throughout the week instead I am riding around in rat infested transportation that isn't fair if there is a revolution going on I am mentally ill because of them as they arrest other people they are angry about change and the president the transportation that I use is medicaid transportation these people need a hair cut I don't know if I would have to pay out of pocket for medical taxi rides or pay for my (this) court proceedings I just brought a light bulb its a rainy day you can check the forecast

**IV. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Brain damage loss of income harassment bodily injury living in a mental health facility they make noises to block me from writting about the law and handling my legal problems and proceedings.

**V. Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

90,000,000 expensive car service unlimited rides weapons to be used on them

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 12 day of march, 2026.


Signature of Plaintiff [signature]

Mailing Address 480 Jackson Rd
Atco New Jersey
08004

Telephone Number 1856-298-9222

Fax Number *(if you have one)* ____________

E-mail Address famous128th@yahoo.com


Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: [signature]